```
                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF INDIANA
                        HAMMOND DIVISION
```

UNITED STATES OF AMERICA         )
                                 )
          v.                     )    CRIMINAL NO. 2:06 MJ 189
                                 )                 2:06 CR 155
JESUS VIRAMONTES-RAMIREZ         )

OPINION AND ORDER OF DETENTION

At the August 25, 2006 initial appearance, the government requested that the defendant, Jesus Viramontes-Ramirez, be held without bond. A detention hearing was conducted on August 30, 2006, and the court now makes the following findings of fact:

1. The defendant currently is charged in a one count criminal complaint with a violation of 8 U.S.C. §1326(a). If convicted, the defendant faces a maximum sentence of 10 years imprisonment.

2. At the detention hearing, the government relied upon the probable cause affidavit and the prebond report prepared by the United States Probation Department.

3. On August 15, 2006, the defendant was arrested by the Immigration and Customs Enforcement. Federal agents determined that the defendant was convicted of distributing a controlled substance on March 14, 1994, and subsequently deported.

4. The defendant is not a legal resident of the United States and has used one alias and two fictitious social security numbers.

The government has demonstrated by a preponderance of the evidence that the defendant is a flight risk. The government's

motion for pretrial detention is **GRANTED**, and the defendant is **ORDERED HELD WITHOUT BOND**.  18 U.S.C. §3142(e)

   Pursuant to 18 U.S.C. §3142(i), it is further **ORDERED** that:

   A.   The defendant shall be committed to the custody of the Attorney General for confinement to a corrections facility separate, to the extent practicable, from persons who are confined after a conviction;

   B.   The defendant shall be afforded reasonable opportunities for private consultation with his attorney; and

   C.   The defendant shall be delivered to the custody of the United States Marshal when the appearance of each defendant for any court proceeding is required.

   ENTERED this 7th day of September, 2006

                               s/Andrew P. Rodovich
                                 United States Magistrate Judge